1

2

3

4

5

6

7

8 **UNITED STATES DISTRICT COURT**

9 **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

10

| | |
|---|---|
| CENTURY FURNITURE, LLC, a limited liability company of North Carolina. | Case No. CV11-4227-JAK-(MANx) |
| Plaintiff, | ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE |
| v. | JS-6 |
| CENTURY FURNITURE MFG, an unknown business entity, and PABLO CONTRERAS, an individual of California, | Assigned to the Hon. John A. Kronstadt |
| Defendants. | |

19 / / /

20 / / /

21 / / /

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

Case No. CV11-4227-JAK-(MANx)

1   Based upon the Stipulation of the parties and good cause appearing therefore,
2   the Court ORDERS AS FOLLOWS:

3   The above-captioned action is hereby dismissed with prejudice, and each of
4   the parties shall bear its own attorneys' fees and costs.  Pursuant to the consent of the
5   Parties, the Court retains jurisdiction of the litigation for purposes of enforcement of
6   the Settlement Agreement.

7   **IT IS SO ORDERED**.

8   Dated: December 2, 2011

9   The Honorable John A. Kronstadt
10  United States District Judge